IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KARL KREIER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-430-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Karl Kreier denying petitioner's motion for post-conviction relief under 28 U.S.C. § 2255 and dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | September 1, 2017 |
| Peter Oppeneer, Clerk of Court | Date |